# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-8079 PA (SSx) | Date | December 8, 2009 |
|---|---|---|---|
| Title | Rutha May Moses v. Bayer Corp., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     IN CHAMBERS - COURT ORDER

The parties are ordered to show cause why they should not file a Notice of Related Case as required by Local Rule 83-1.3 indicating that this action is related to <u>Fred Andrews v. Bayer Corp.</u>, CV 09-8073 DSF (FFMx).  The parties' responses to the order to show cause shall be filed no later than December 18, 2009.  The filing of a Notice of Related Case shall be deemed a response to the order to show cause.

IT IS SO ORDERED.

_____ : _____

Initials of Preparer